UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2252 PSG (AJWx) | Date | July 19, 2016 |
|---|---|---|---|
| Title | Joel D. Joseph v. Nordstrom, Inc., *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order DISMISSING Claims WITH PREJUDICE

On June 17, 2016, the Court granted Defendants' motion to dismiss. Dkt. #33. The Court allowed Plaintiff leave to amend, and gave him until July 15, 2016 to file an amended complaint. *Id.* The Court warned Plaintiff that the failure to file an amended complaint "will result in the dismissal of all claims WITH PREJUDICE." *Id.* Plaintiff failed to file an amended complaint by July 15. The Court therefore DISMISSES Plaintiff's claims WITH PREJUDICE. The case is now closed.

**IT IS SO ORDERED.**