UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOEL DAVID JOSEPH,

        Plaintiff - Appellant,

 v.

NORDSTROM, INC. and NEW BALANCE ATHLETICS, INC.,

        Defendants - Appellees.

No. 16-56895

D.C. No. 2:16-cv-02252-PSG-AJW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered November 09, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7